UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Dwayne Hearns</u>

    v.                                                             No. 05-fp-413

<u>New Hampshire State Prison, Warden</u>


<u>**ORDER GRANTING REQUEST TO**</u>
<u>**PROCEED IN FORMA PAUPERIS**</u>

Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 05-cv-413-<u>SM</u>.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: December 5, 2005

cc:    Dwayne Hearns, *pro se*