UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Dwayne Hearns

Case No. 05-cv-413-SM

v.

New Hampshire State Prison, Warden

O R D E R

This case has been stayed since December 20, 2005, while the petitioner returns to state court to exhaust all the issues.   This case shall be administratively closed while the stay is in effect.  It is therefore ordered that the Petitioner shall request this Court to lift the stay and preliminarily review his federal petition once he has exhausted state remedies.

SO  ORDERED.

March   6,  2006

_____
Steven J. McAuliffe
Chief District Judge

cc:    Dwayne Hearns, pro se